IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 09-cv-01585-RPM

MICHAEL ROSENZWEIG,

    Plaintiff,

v.

JOHNS MANVILLE,

    Defendant.

_____

ORDER FOR WITHDRAWAL OF COUNSEL
_____

Upon consideration of the request in the Notice of Withdrawal of Counsel [24], it is

ORDERED that Steven T. Collis has no further responsibility as counsel for Defendant Johns Manville in this action and the Clerk is directed to terminate his electronic service in this case.

DATED: December 31st, 2009

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior District Judge