IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 09-cv-01585-RPM

MICHAEL ROSENZWEIG,

    Plaintiff,
v.

JOHNS MANVILLE,

    Defendant.

_____

ORDER EXTENDING DISCOVERY DEADLINE
_____

Pursuant to the Stipulated Motion to Extend a Portion of the Scheduling Order [28], it is

ORDERED that the discovery deadline is extended up to and including March 15, 2010.

DATED:   February 17th, 2010

                BY THE COURT:

                s/Richard P. Matsch

                _____
                Richard P. Matsch, Senior District Judge