IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Date: April 2, 2010
Courtroom Deputy: J. Chris Smith
FTR Technician: Kathy Terasaki

_____

Civil Action No. 09-cv-01585-RPM

MICHAEL ROSENZWEIG,                                              Benjamin A. Stone

      Plaintiff,

v.

JOHNS MANVILLE,                                                 Michael S. Beaver

      Defendant.
_____

## COURTROOM MINUTES
_____

**Hearing on Motion to Compel**

**10:55 a.m.**     **Court in session.**

Court's preliminary remarks and statements regarding the pending motions.

10:57 a.m.     Argument by Mr. Stone.

**ORDERED:**     Plaintiff's Motion to Compel, filed February 11, 2010 [27] and JM's Motion for Leave to File Supplemental Exhibit To its Response to Plaintiff's Motion to Compel, And Clarification of Related Statements, filed March 30, 2010 [39], are denied at this time.

Discussion regarding scheduling.

**11:01 a.m.**     **Court in recess.**
**11:05 a.m.**     **Court in session.**

**ORDERED:**     Hearing on pending motions for summary judgment is set for May 26, 2010 at 2:00 p.m.

**11:07 .m. Court in recess.**

Hearing concluded. Total time: 8 min.