IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Date: May 26, 2010
Courtroom Deputy: J. Chris Smith
FTR Technician: Kathy Terasaki

_____

Civil Action No. 09-cv-01585-RPM

MICHAEL ROSENZWEIG,     Benjamin A. Stone

      Plaintiff,

v.

JOHNS MANVILLE,     Michael S. Beaver

      Defendant.

_____

**COURTROOM MINUTES**
_____

**Hearing on Motions for Summary Judgment**

**1:58 p.m.**     **Court in session.**

Court's preliminary remarks and states its understanding of the case facts.

| | |
|---|---|
| 2:14 p.m. | Argument by Mr. Stone. |
| 2:34 p.m. | Argument by Mr. Beaver. |
| 2:50 p.m. | Rebuttal argument by Mr. Stone. |

**Court makes findings and conclusions as stated on record.**

**ORDERED:**     **Plaintiff's Motion for Partial Summary Judgment, filed March 25, 2010 [36], is denied.**

**ORDERED:**     **Defendant John Manville's Motion for Summary Judgment, filed March 29, 2010 [40], is granted.**

**ORDERED:**     **Judgment shall enter in favor of defendant John Manville.**

**3:03 p.m. Court in recess.**

Hearing concluded. Total time: 1 hr. 5 min.